UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS COUNTY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV746 SNLJ |
| CAROL JOHNSON, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is defendant's motion for relief from the order remanding this case to the court from whence it came, as well as a motion to amend the order remanding the case to St. Louis County Court.

The Court has reviewed defendant's arguments for relief from the remand order and will decline to reconsider the remand order.

Further, the Court will decline to amend the order of remand.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for relief of the remand order [Doc. #13] is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's motion to amend the remand order [Doc. #12] is **DENIED**.

Dated this 28th day of May, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1